UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
      )
MAHESH A RAMCHANDANI    )    Case No. 6:17-bk-01205-KSJ
      )    Chapter 7
      )
    Debtor    )

### TRUSTEE'S OBJECTION TO DEBTORS APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

TO: The Above-Captioned Pro Se Debtor:

Robert E. Thomas, the duly appointed Trustee in this case, hereby objects to the Application for Waiver of Chapter 7 Filing Fee (the "Application") filed by the debtor and moves this court to enter it's order Denying the Application and as grounds therefore shows:

1. Mahesh A Ramchandani, Debtor herein, filed this case, Pro Se, under Chapter 7 on February 27, 2017. Robert E. Thomas was appointed to serve as the Trustee.

2. Concurrent with the filing of the case the Debtor Filed an Application to Proceed in forma pauperis and requested Waiver of the Chapter 7 Filing Fee (Document No. 2).

3. The 11 U.S.C. §341 Meeting of Creditors is scheduled for March 28, 2017.

4. The Trustee has not had the opportunity to question the Debtor under oath concerning his financial condition. The Debtor has not supplied the Trustee with copies of his bank account statements, tax returns or pay advices.

5. The Debtor has not properly disclosed his assets as required to be disclosed in Schedule B Personal Property of the Bankruptcy Petition. Schedule B does not disclose any cash or bank accounts or deposits of money as required.

6. The Debtor has not disclosed his monthly income on Schedule I Income of the

Bankruptcy Petition as required. The Debtor is married and has not disclosed his spouses income on Schedule I Income of the Bankruptcy Petition as required.

7. The Debtor has not properly disclosed his income for the year to date 2017, or for the years 2016 and 2015 as required to be disclosed in the Statements of Financial Affairs questions 4 and 5.

8. The Debtor has not answered any of the questions continued in the Statement of Financial Affairs. All questions are marked 'No".

9. The Debtor has not properly disclosed his average income for the six month period in order to properly complete the Means Test disclosure as required on Form 22A.

10. The Debtor is seeking to discharge $407,184.00 of unsecured debt through the bankruptcy filing.

11. According to the Application, the Debtor hired Jean Edmond, (the "Petition Preparer") for preparation of the bankruptcy petition and the Application and other services related to debt counseling or bankruptcy.

12. According to the Application and Disclosure of Compensation of Petition Preparer, the Debtor has paid the Petition Preparer $175.00 for her services. There is no explanation as to the source of funds for this payment or why the Debtor cannot make similar payments to the court for the Chapter 7 Filing Fee.

13. The Debtor has not provided the court with any information by which it can determine his financial condition or current income and expenses as required by the bankruptcy code.

14. A Bankruptcy Court is authorized to waive the filing fee in an individual Chapter 7 case filed after October 17, 2005 pursuant to 28 U.S.C. Section 1930 (f). Section 1930 (f) sets

forth a two-step test for waiver of the Chapter 7 filing fee, a quantitative step and a qualitative step: (i) the debtor's income is below 150% of the poverty line for the debtor's family size; and (ii) the debtor is unable to pay the fee in installments. Step two requires an analysis of the totality of the debtor's circumstances. The party seeking waiver of the filing fee bears the burden of establishing both parts of the test by a preponderance of the evidence.

15. Based on the totality of the circumstances as described above, the Trustee believes the waiver of the filing fee is unwarranted and that Debtor has the ability to pay the Chapter 7 filing fee at least in installments as required to be considered under 28 U.S.C. Section 1930(f).

WHEREFORE, the Trustee moves this court to enter its order denying the Debtor's Application, and for any other further relief as this Court deems just and equitable.

DATED: March 9, 2017           /s/ Robert E. Thomas
                               Robert E. Thomas
                               Trustee
                               PO Box 5075
                               Winter Park, FL 32793-5075
                               Phone (407) 677-5651
                               Facsimile (407) 677-0675
                               Florida Bar No. 120545

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by First Class U.S. Mail to Mahesh A Ramchandani, 4488 Lower Park Rd. Apt 3208, Orlando, FL 32814; and by electronic delivery to the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801, this 9th day March, 2017.

/s/ Robert E. Thomas
Robert E. Thomas
Trustee